**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

THOMAS J. CONWAY IV, : No. 144 EAL 2022
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
WELLS FARGO BANK N/A, A.K.A WELLS :
FARGO HOME MORTGAGE, :
:
Respondent :

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of October, 2022, the Petition for Allowance of Appeal is

**DENIED**.